# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JIMMIE BENDOLPH, (#146660) | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0471-CG-B ) |
| JAMES REYNOLDS, | ) ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 17th day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE